**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
PETER GEORGACARAKOS,                    )
                                                          )
                           Plaintiff,                )
           v.                                          )            Civil Action No. 11-1655 (JDB)
                                                          )
FEDERAL BUREAU OF                          )
INVESTIGATION, *et al.*,                        )
                                                          )
                           Defendants.            )
_____ )

## MEMORANDUM OPINION

On January 20, 2012, the defendants filed a motion for summary judgment [Dkt. #12]. In its January 25, 2012 Order, the Court advised the plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, that Order expressly warned the plaintiff that, if he failed to file his opposition by February 24, 2012, the Court would treat the motion as conceded. To date, the plaintiff neither has filed an opposition nor requested additional time to do so. Accordingly, the Court will treat the defendants' motion as conceded.

An Order accompanies this Memorandum Opinion.


DATE:  March 15, 2012                        JOHN D. BATES
                                                           United States District Judge